**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARISTA RECORDS LLC, et al.                    No. C-05-04360 CW (EDL)

        Plaintiffs,                    **ORDER GRANTING PLAINTIFFS'
                                              MOTION FOR ADMINISTRATIVE
  v.                                          RELIEF FOR LEAVE TO TAKE
                                              IMMEDIATE DISCOVERY**
DOES 1 - 2,

        Defendants.
_____/

      Finding this matter appropriate for submission without oral argument, the Court will not set a

hearing for this motion for administrative relief.

      Having considered Plaintiffs' Motion for Administrative Relief Pursuant to Local Rule 7-

11(a) for Leave to Take Immediate Discovery and Plaintiffs' supporting declarations, and finding

good cause therefore,

      Plaintiffs are granted leave to serve immediately a Rule 45 subpoena on University of

California, Berkeley, that seeks information sufficient to identify the two Doe Defendants, including

the name, address, telephone number, e-mail address, and Media Access Control addresses for each

Defendant.

      Any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used

solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

      **IT IS SO ORDERED.**

Dated: November 14, 2005

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge